IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CR-18-130-01-C |
| ) | |
| RUFUS LOU NELSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant has filed a Motion requesting the Court authorize him to obtain copies of material from his former counsel. Defendant had previously requested the material from trial counsel who responded that pursuant to LCrR 16.3, she could not produce the material absent an Order from the Court. Defendant now seeks an Order from the Court directing production of

    1.   All discovery (BRADY/GIGLIO MATERIAL), (JENCKS MATERIAL), AND (404 (b) evidence) provided by the government.
    2.   Authorization to the sealed documents unaware to movant that defense counsel indicated i had to have authorization to receive.
    3.   Authorization to the private investigator the defense counsel used in my case (NAME, ADDRESS, PHONE NUMBER, AND DECLARATION.
    4,   Any/all pre-trial motions filed by defense counsel unaware to movant for any discovery obtain to my case.

(Dkt. No. 100, p. 2).

Local Rule 16.3 requires a showing of good cause before the Court may authorize Defendant's request to obtain discovery materials. Here, Defendant has neither made nor

attempted to make this showing. Indeed, Defendant offers no justification or support of any kind for his request. Thus, Defendant's Motion will be denied.

Defendant's Motion for Authorization from the District Court to Obtain Paper Copy of Any Discovery and Permission to Retain Specifically Enumerated Discovery Material (Dkt. No. 100) is DENIED.

IT IS SO ORDERED this 14th day of December 2022.

ROBIN J. CAUTHRON
United States District Judge